to have sale set aside and stock canceled, and for return of money. Decree granted, conditioned on return of certificates for cancellation. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924. Rehearing denied June 10, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Stebbins, Garey, L'Amoreaux & Hurtubise, for appellants. Bangs & Frankhauser, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Universal Vending Service Company, appellee, v. Israel Luck, appellant. Gen. No. 29,068.**

Forcible detainer for news stand and concession space in elevated railway station. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

David Snyder, for appellant. Schuyler, Ettelson & Weinfeld, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Frank G. Hajicek, appellant, v. David W. Goldsby et al., defendants. Edward A. Reinick et al., appellees. Gen. No. 29,093.**

Bill for removal of clouds on title. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the June term, 1923. Affirmed. Opinion filed May 27, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Joseph Z. Klenha and Abraham Greenfield, for appellant; Louis M. Mantynband, of counsel. William Slack, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

**Peter Klein, appellee, v. Harriet B. Borland, appellant. Gen. No. 28,560.**

Personal injury suit. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. MacDonald, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed in case of a remittitur to $4,000. Opinion filed May 27, 1924.

Cassels, Potter & Gilbert, for appellant. Ralph F. Potter, Kenneth B. Hawkins and John W. Fisher, of counsel. Charles C. Spencer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

**In re estate of Samuel K. Martin, deceased, on appeal of Wilton B. Martin Company, co-ancillary executor of the last will and testament of Samuel K. Martin, deceased, appellant, v. Central Trust Company of Illinois, also co-ancillary executor of the last will and testament of Samuel K. Martin, deceased, appellee. Gen. No. 28,854.**

Fee of $1,100 allowed to co-ancillary executor of wills. Appeal from the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the second division of this court for

the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Alden, Latham & Young, for appellant; Charles Martin, of counsel. Fisher, Boyden, Kales & Bell, for appellee; Walter L. Fisher and Thomas L. Marshall, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**Abraham Finkelstein, appellee, v. Autoist Mutual Insurance Company of Chicago, Illinois, appellant. Gen. No. 28,952.**

Suit on automobile insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed in case of remittitur, otherwise reversed and the cause remanded. Opinion filed May 27, 1924.

Bowles & Bowles, for appellant; Edmond W. Pottle, of counsel. Meyer Shapiro, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Alvin E. Nelson and Earle S. Nelson, copartners, trading as Nelson Brothers, appellants, v. H. Paulman & Company, appellee. Gen. No. 28,977.**

Replevin to recover mortgaged automobile held by garage keeper under claim of artisan's lien. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with a finding of fact. Opinion filed May 27, 1924.

A. J. Deutschman, for appellants. William A. Jennings, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Hope Thompson v. George W. Hunter et al., on appeal of Edward G. Berglund, appellant, v. William A. Robinson, as receiver, appellee. Gen. No. 28,980.**

Order disallowing claim for legal services for receiver in proceedings to foreclose mortgage trust deed. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924. Rehearing denied June 9, 1924.

Edward G. Berglund, *pro se,* for appellant. William A. Robinson, *pro se,* for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**General Insulate Company, appellee, v. Joseph Weidenhoff, appellant. Gen. No. 29,001.**

Action for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924. *Certiorari* denied by Supreme Court (making opinion final).